**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Denise Lowell-Britt – #011260
dlb@udallshumway.com
Attorneys for Tucson Unified School District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| K.F., a Student on behalf of a Parent D.F., <br><br> Appellant, <br><br> v. <br><br> Tucson Unified School District, <br><br> Respondent. | NO. <br><br> **NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA**

Notice is hereby given that Respondent Tucson Unified School District ("District") hereby removes the entire action described below from Arizona Superior Court, Pima County, to the United States District Court, District of Arizona, pursuant to 28 U.S.C. §§ 1441 and 1446:

1. On or about March 17, 2023 Appellant K.F., a minor student purportedly on behalf of Parent D.F., filed in in the Arizona Superior Court, Pima County, in cause no. C20231208, the following documents:

(A) a Receipt (a true and accurate copy of which is page 1 of Exhibit A);

(B) an Application for Deferral or Waiver of Court Fees or Costs and Consent to Entry of Judgement (a true and accurate copy of which is pages 2-5 of Exhibit A);

(C) a Civil Cover Sheet (a true and accurate copy of which is pages 6-7 of Exhibit A);

(D) an Order Regarding Deferral or Waiver of Court Fees or Costs and Consent to Entry of Judgement (a true and accurate copy of which is pages 8-10 of Exhibit A);

(E) a Notice of Appeal for Judicial Review of Administrative Decision (hereinafter "Notice of Appeal") (a true and accurate copy of which is pages 11-18 of Exhibit A).

(F) an Affidavit in Support of Application for Deferral or Waiver of Service of Process Fees (a true and accurate copy of which is page 18 of Exhibit A).

(G) the Notice of Appearance on Behalf of Respondent Tucson Unified School District (a true and accurate copy of which is pages 19-20 of Exhibit A).

2. The Notice of Appeal reflects that Parent D.F. presented a due process complaint against the District relating to the special education and the Individualized Education Plan ("IEP") for Parent's child, K.F., which led to a hearing before the Arizona Office of Administrative Hearings ("OAH") and a decision by the OAH on the complaint.  A true and accurate copy of the OAH final decision is attached hereto as Exhibit B.  The OAH due process proceedings were authorized pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415, and A.R.S. § 766.

3. Pursuant to the IDEA and the Arizona statute, any party aggrieved by the findings and decision have the right to bring a civil action in any State court of competent jurisdiction or in a federal district court of the United States without regard to the amount in controversy.  20 U.S.C. § 1415(l)(2); A.R.S. § 766(E)(3).  This right to file a civil action was expressly stated in the OAH final decision.

4. The Arizona Administrative Procedure Act ("APA") is found at A.R.S. § 12-901 et seq. and it applies to appeals from an State administrative agency's final decision in a contested case or appealable agency action.  The proceedings before OAH were not a contested case as defined in A.R.S. § 41-1001 or an appealable agency action

2

as defined in A.R.S. § 41-1092(4).  The APA pursuant to A.R.S. § 12-902 does not apply to political subdivisions such as school districts.  Nor does the APA apply to efforts to appeal under the IDEA and Arizona statute dealing with special education children.

5. The claims of parent D.F. to be aggrieved by the OAH final decision would support federal question jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331, 1343 in addition to being specifically authorized pursuant to 20 U.S.C. § 1415(l)(2).

6. The State Court action is removable to this Federal Court pursuant to 28 U.S.C. § 1441(a)-(c) because this Court would have original jurisdiction over the federal claims under the IDEA.

7. Removal jurisdiction exists if "the action, though ostensibly grounded solely on state law, is actually grounded on a claim in which federal law is the exclusive authority." *Federated Dep't Stores v. Moitie*, 452 U.S. 394, 408 (1981); *C.M.E. on behalf of W.P.B v. Shoreline School District*, 2020 WL 1931551, * 2 (W.D. Wa. 1/13/20), *report adopted*, 2020 WL 1929399 (W.D. 4/21/2020).  Federal courts have denied motions to remand appeals from special education due process decisions. *Id.*(listing supporting citations).

8. The District is the sole named Respondent and party to the proceedings before OAH, and it seeks this removal to federal court.

9. The District was not served with process, but counsel for the District made an appearance voluntarily in State Court to facilitate this removal.  A true and accurate copy of the Notice of Appearance is attached as pages 19-20 of Exhibit A.

10. This removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it was filed within thirty days after receipt by the District, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief.

11. Attached hereto as Exhibit A are all process, pleadings, orders, and documents filed in the State Court action as reflected in the Electronic Clerk's Record ("ECR") .

12. The District shall be filing promptly a notice of removal with the State Court in compliance with 28 U.S.C. § 1446(d) and will serve such notice as well as a copy of this notice on Plaintiff.

DATED: April 10, 2023.

UDALL SHUMWAY PLC

/s/ David R. Schwartz
David R. Schwartz
Denise Lowell-Britt
1138 North Alma School Road
Suite 101
Mesa, AZ 85201
Attorneys for Tucson Unified School District

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically transmitted the attached document to the Clerk's Office using ECF/CM for filing and transmitted the document as stated below:

Via regular mail and e-mail to:

D.F
2525 N. Los Altos Ave., Apt 236
Tucson AZ  85705-4796
dexfarlough@gmail.com
Appellant/Parent

Arizona Office of Administrative Hearings
1740 W Adams St,
Phoenix, AZ 85007
oah@azoah.com

   /s/ Kimberly Kershner

6526615.1
13402.1934