IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.F., | No. CV-23-00168-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Unified School District, | |
| Defendant. | |

On July 25, 2023, the Court issued an Order requiring Plaintiff to obtain counsel within 30 days given that, as the minor's parent, Plaintiff could not appear pro se to represent his son's interests under the IDEA. (Doc. 17.) The Court explained that "if an attorney does not make an appearance in this matter within the 30 days, the Court will dismiss the action for failure to have counsel." (*Id.* at 2 (citing *Pedraza v. Alameda Unified Sch. Dist.*, 676 F. App'x 704, 706 (9th Cir. 2017) ("The district court did not err in dismissing M.P.'s individual claims for failure to have counsel.")).) As of this date, no counsel has made an appearance on behalf of Plaintiff nor has Plaintiff filed anything requesting an extension. Accordingly,

**IT IS ORDERED** that this matter is **DISMISSED**. The Clerk of Court shall docket accordingly.

Dated this 29th day of August, 2023.

Honorable Raner C. Collins
Senior United States District Judge